1060

No. 11–333.  MERRITT ET AL. v. R&R CAPITAL LLC.  C. A. 3d Cir.  Certiorari denied.

No. 11–334.  ADVENTURE OUTDOORS, INC., ET AL. v. BLOOMBERG, MAYOR OF THE CITY OF NEW YORK, ET AL.  Ct. App. Ga. Certiorari denied.

No. 11–335.  HUBERT, WARDEN v. SCOTT.  C. A. 5th Cir.  Certiorari denied.

No. 11–349.  KOSSIE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–354.  BURKHOLDER ET AL. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL NO. 12, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–355.  MANCHAS v. BICKELL, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–358.  SAWYER v. WORCESTER ET AL.  C. A. 4th Cir. Certiorari denied.

No. 11–362.  LEWICKI ET AL. v. WASHINGTON COUNTY, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–364.  VARGAS v. ENTERPRISE LEASING CO. ET AL. Sup. Ct. Fla.  Certiorari denied.

No. 11–372.  WODKA v. CAUSEWAY CAPITAL MANAGEMENT LLC ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–373.  SMITH ET UX. v. REGIONS BANK ET AL.  C. A. 11th Cir.  Certiorari denied.

